NOT FOR PUBLICATION                                               CASE CLOSED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STEVEN C. THOMPSON, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 04-2548 (JAP) |
| EVA'S VILLAGE AND SHELTERING PROGRAM, et. al, | : ORDER |
| Defendants. | : |

Before the Court are the following motions: (1) Motions for Summary Judgment filed by Defendants, Narcotics Anonymous World Services, Inc.,[1] the Greater Paterson Area, Inc., Eva's Village and Sheltering Program, Derrick Williams, Gregory Anderson, Sister Gloria Perez, Anthony McCants, and Ronald Bryant Jenkins[2] (collectively, the "Defendants"); and (2) Motion to Amend Complaint filed by pro se Plaintiff, Steven C. Thompson.

The Court having reviewed the parties' written submissions and for the reasons stated in the Court's opinion dated February 24, 2006, **IT IS**

**ON** this 24th day of February, 2006,

**ORDERED** that Plaintiff's Motion to Amend his Complaint is **DENIED** with prejudice; and

**FURTHER ORDERED** that Defendants' Motions for Summary Judgment on Plaintiff's federal claims are **GRANTED**; and

---

[1] Narcotics Anonymous World Services, Inc. was improperly pled as World Service Organization, Inc.

[2] Ronald Bryant Jenkins was improperly pled as Bryant Jenkins.

**FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiff's state law claims; and

**FURTHER ORDERED** that accordingly, Plaintiff's complaint is dismissed and this matter is hereby closed.

**SO ORDERED.**

/s/ JOEL A. PISANO
United States District Judge

| | |
|---|---|
| Original: | Clerk |
| cc: | Judge Arleo |
| | All Parties |
| | File |